U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 18 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

2:21-cr-00284-1
Judge James D Cain, Jr
Magistrate Judge Kathleen Kay

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. |
| | * 18 U.S.C. §§ 922(g)(1), 924(a)(2), 924(d) |
| | * 28 U.S.C. § 2461(c) |
| VERSUS | * |
| | * |
| ROBERT EDWARD WRIGHT | * |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**
**[18 U.S.C. §§ 922(g)(1), 924(a)(2)]**

On or about the 6th day of August, 2020, within the Western District of Louisiana, the defendant, ROBERT EDWARD WRIGHT, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce firearms, to wit: one Smith & Wesson Model M&P 9 Shield 9 caliber semi-automatic pistol bearing serial number JCE5860 and one Remington Model 770 30-06 caliber rifle bearing serial number M72111581, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

### FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1.  The allegations contained in Counts 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses charged in Counts 1 of this Indictment, the defendant, ROBERT EDWARD WRIGHT, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

    a. Smith & Wesson Model M&P 9 Shield 9 caliber semi-automatic pistol bearing serial number JCE5860;

    b. Remington Model 770 30-06 caliber rifle bearing serial number M72111581;

    c. Six rounds of Hornady 9-millimeter ammunition;

    d. Three rounds of Remington 30-06 caliber ammunition.

A TRUE BILL:

__REDACTED__
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

*[signature]*

DAVID J. AYO, La. Bar No. 28868
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618