UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:21-CR-00284-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ROBERT EDWARD WRIGHT (01)** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  After an independent review of the record and noting the absence of any objections filed in response to the report and recommendation, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Robert Edward Wright, is ACCEPTED and he is fully adjudged guilty of the offense charged in Count 1 of the Indictment, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Chambers this 28th day of July, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE